UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 15-14046-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TIMOTHY DALE REID,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS ON COUNSEL'S CJA VOUCHER

**THIS CAUSE** came before the Court upon the Report and Recommendations regarding Criminal Justice Act Voucher FLS 15 5024 issued by Chief United States Magistrate Judge Frank J. Lynch, Jr, on February 22, 2016 [ECF No. 439]. Magistrate Judge Lynch Jr, recommends that this Court, grant the CJA Voucher FLS 15 5024 and that Ruben M. Garcia, Esq. be paid a total sum of **$11,510.35** for his work on this case. The parties were afforded the opportunity to file objections to the Report and Recommendations, however none were filed.

Accordingly, the Court has considered the Report and Recommendations, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Chief United States Magistrate Judge Frank J. Lynch, Jr's Report and Recommendations [ECF No. 439], is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of March, 2016.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Chief Magistrate Judge Lynch Jr.
Ruben M. Garcia, Esq
CJA Administrator